UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
----------------------------------------------------------X
JIAN GUO SONG,

              Plaintiff,          **ORDER**
  -against-                         15-CV-2977 (SIL)

EAST BABYLON CHINESE
RESTAURANT INC. et al,

              Defendants.
----------------------------------------------------------X

**LOCKE, Magistrate Judge:**

On March 9, 2017, Plaintiff Jian Guo Song, jointly with Defendants East Babylon Chinese Restaurant, Inc. d/b/a Eastern Babylon Chinese and Bo Ren, submitted a motion seeking approval of a Settlement Agreement and Release (the "Settlement Agreement") in this Fair Labor Standards Act ("FLSA") action.[1] *See* Docket Entry ("DE") [40]. The parties also submitted a Stipulation and Order of Dismissal with Prejudice, signed by counsel for all parties. *See* DE [40-1]. Having reviewed the parties' joint submission in support thereof, as well as the Settlement Agreement itself, the Court finds that the Settlement Agreement's terms are fair and reasonable. *See Cheeks v. Freeport Pancake House, Inc.*, 796 F.3d 199, 206 (2d Cir. 2015); *Wolinsky v. Scholastic Inc.*, 900 F. Supp. 2d 332, 335 (S.D.N.Y. 2012) (requiring that a district court scrutinize an FLSA settlement agreement to determine that it is fair and reasonable). Therefore, the Settlement Agreement is approved and this case is hereby closed.

---

[1] This action has been assigned to this Court for all purposes pursuant to 28 U.S.C. § 636(c). *See* DE [41].

1

Dated: Central Islip, New York    **SO ORDERED.**
       March 13, 2017

                                  s/ Steven I. Locke
                                  STEVEN I. LOCKE
                                  United States Magistrate Judge